1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                    No. C 14-80069 WHA

In the Matter of Scott Loren Steever -
#180189                                                  **ORDER OF SUSPENSION**

_____/

        Because Scott Loren Steever has failed to respond to the order to show cause,

Mr. Steever's membership in the bar of this Court is hereby **SUSPENDED**.


        **IT IS SO ORDERED.**


Dated:   May 5, 2014

                                                    _____
                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE